IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DEBORAH MCDUFFY,                :

    Plaintiff,

Case No. 3:11-CV-138

vs                              :

ROBERT M. GATES, SECRETARY
OF THE DEPARTMENT OF DEFENSE,   District Judge Thomas M. Rose

    Defendant.                  :

## ORDER OF DISMISSAL: TERMINATION ENTRY

    The Court having been advised by the parties that the above matter has been settled, IT IS ORDERED that this action is hereby DISMISSED, with prejudice, provided that any of the parties may, upon good cause shown within sixty (60) days, reopen the action if settlement is not consummated.

    Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America,* 114 S.Ct. 1673 (1994), and incorporate appropriate language in any substituted judgment entry.

    The Court will retain jurisdiction to enforce the terms of the settlement between the parties, if necessary.

    IT IS SO ORDERED.

Date: **August 15, 2012**

Thomas M. Rose, Judge
United States District Court